AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Vermont

| | |
|---|---|
| Bobbie Achenbach ) | |
| _Plaintiff_ ) | |
| v. ) | Civil Action No. 5:10-cv-121 |
| JMD Hospitality ) | |
| Nanak Hotel Group, LLC ) | |
| _Defendant_ ) | |

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_
    JMD Hospitality Group
    1380 Putney Road
    Brattleboro, VT 05301

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
    Mark Loevy-Reyes, Esq.
    Loevy & Loevy
    312 North May Street, Suite 100
    Chicago, IL 60607
    (312) 243-5900

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: _____08/18/2010_____        _Patricia McPhee_
                                                           _Signature of Clerk or Deputy Clerk_

AO 440 (Rev. 05/00) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me [1] | DATE 10/14/10 |
| NAME OF SERVER (PRINT) Kevin Condon | TITLE |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☑ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: Sagar Gudipelly (Manager)

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $50 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  10/14/10
                  Date

Signature of Server

981 Putney Rd Brattleboro VT 05301
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.